

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:                  01-15-00615-CV

Style:                            Raymond C. Clark

                                      **v.** Wendy Jean Morrow Clark

Date motion filed[*]:        August 5, 2015

Type of motion:         Motion to Transfer Previously Filed Reporter's Record from Appellate Cause No.

                                  01-15-00458-CV to Appellate Cause No. 01-15-00615-CV

Party filing motion:       Appellant

Document to be filed:     Reporter's record

Is appeal accelerated?     No

If motion to extend time:

        Original due date:

        Number of previous extensions granted:         Current Due date:

        Date Requested:

Ordered that motion is:

        ☑      Granted

                If document is to be filed, document due:

                ☐     The Court will not grant additional motions to extend time absent extraordinary circumstances.

        ☐      Denied

        ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

        ☐      Other: _____

     The Clerk of this Court is directed to copy the seven-volume reporter's record, filed in cause no.
    01-15-00458-CV on May 27 and June 8, 2015, and file the copy in this appeal, cause no. 01-15-00615-CV.

Judge's signature:   /s/ <u>Russell Lloyd</u>
                      ☑     Acting individually

Date: August 25, 2015

November 7, 2008 Revision